UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_PENSACOLA_ DIVISION

# CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

TRISTAN MICHAEL PHOE
Inmate # 1642530
(Enter full name of Plaintiff)

vs.

CASE NO: 3:24CV231-MCR-ZCB
(To be assigned by Clerk)

SHERIFF MICHAEL A. ADKINSON, JR.
JOHN LYONS

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

FILED USDC FLND PN
MAY 23 '24 PM 12:37

I. **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: TRISTAN MICHAEL HYDE
Inmate Number: 1642530
Prison or Jail: WALTON COUNTY JAIL
Mailing address: 40 SHERIFF CIRCLE
DEFUNIAK SPRINGS, FL 32433

II. **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: SHERIFF MICHAEL A. ADKINSON JR.
   Official position: ███ SHERIFF OF WALTON COUNTY, FLORIDA
   Employed at: WALTON COUNTY SHERIFF'S DEPARTMENT
   Mailing address: 40 SHERIFF ███ CIRCLE
   DEFUNIAK SPRINGS, FL 32433

(2) Defendant's name: JOHN LYONS
   Official position: KITCHEN ███ SUPERVISOR
   Employed at: WALTON COUNTY
   Mailing address: 40 SHERIFF CIRCLE
   DEFUNIAK SPRINGS, FL 32433

(3) Defendant's name: _____
   Official position: _____
   Employed at: _____
   Mailing address: _____

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(✓)   No( )

1. Parties to previous action:
   (a) Plaintiff(s): TRISTAN MICHAEL HYDE
   (b) Defendant(s): FLORIDA DEPARTMENT OF LEGAL AFFAIRS
2. Name of judge: HON. JEFFREY LEWIS   Case #: 2024-■-CA-94
3. County and judicial circuit: FIR. JUD. CIR. CT. WALTON CO. FL.
4. Approximate filing date: MARCH 2024
5. If not still pending, date of dismissal: PENDING
6. Reason for dismissal: _____
7. Facts and claims of case: VIOLATIONS OF F.S.A. 501.2041

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?
Yes(✓)   No( )

1. Parties to previous action:
   a. Plaintiff(s): TRISTAN MICHAEL HYDE
   b. Defendant(s): SHERIFF MICHAEL A. ADKINSON JR.
2. District and judicial division: U.S. CT. N.D. FL. P.D.
3. Name of judge: HON HOPE CANNON   Case #: 3:22CV4904-LC-HTC
4. Approximate filing date: August 12, 2022
5. If not still pending, date of dismissal: August 24, 2022
6. Reason for dismissal: FAILURE TO PROSECUTE,

3

7. Facts and claims of case: RIGHTS TO ACCESS COURTS AND CRUEL AND UNUSUAL PUNISHMENT CLAIMS

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ✓ )        No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): TRISTAN MICHAEL HYDE
   b. Defendant(s): TOM S. WHITEHEAD INC.
2. District and judicial division: US CT. OF APPEAL 5th CIRCUIT
3. Name of judge: KING, HIGGINSON, WILLETT  Case #: 22-50743
4. Approximate filing date: MAY ___, 2023
5. If not still pending, date of dismissal: MAY 17, 2023
6. Reason for dismissal: AFFIRMED
7. Facts and claims of case: IAD VIOLATIONS, ___ TEX GOV. CODE SEC. 552.028 UNCONSTITUTIONAL

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( ✓ )        No( )

1. Parties to previous action:
   a. Plaintiff(s): TRISTAN MICHAEL HYDE
   b. Defendant(s): TOM S WHITEHEAD, INC.
2. District and judicial division: U.S. CT W.D. TX
3. Name of judge: Hon. PITMAN   Case Docket # 1:22-CV-252-RP
4. Approximate filing date: _____  Dismissal date: _____
5. Reason for dismissal: FAILURE TO STATE A CLAIM

4

6. Facts and claims of case: _IAD VIOLATION AND CHALLENGE TO TEX GOV. CODE 552.028_

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

1. AS SHOWN IN (EXHIBIT A) THE PLAINTIFF EMAILED THE PUBLIC INFORMATION OFFICER OF W.C.S.O. REQUESTING TO SPEAK TO SHERIFF MICHAEL A. ADKINSON JR. ABOUT CYBERSECURITY VULNERABILITIES ON JULY 13, 2024 IN REGARDS TO ▮▮▮▮▮ UNAUTHORIZED NON-AUTOMATED AND AUTOMATED ACCESS TO THE PLAINTIFF'S COMPANY DATA ON HIS ELECTRONIC DEVICE ▮▮▮▮▮ TO INCLUDE MEDICAL RECORD PROTECTED BY HIPPA ACT. ON THE SAME DEVICE FROM 2021 - TO THE TIME OF EMAIL SENT TO THE PIO OF THE WALTON COUNTY SHERIFF'S DEPARTMENT

2. AS SHOWN IN (EXHIBIT B) WALTON COUNTY SHERIFFS DEPARTMENT GENERAL ORDER... NO. 2.3 INVESTIGATIONS V. PROCEDURE (1)(a) PROTECT LIFE & (1)(b) RENDER AIDE ▮▮ SHERIFF MICHAEL A ADKINSON JR FAILED TO PROTECT LIFE AND RENDER AIDE FOLLOWING HIS RECEIPT OF (▮▮ EXHIBIT A) RESULTING IN THE PLAINTIFF BEING IN A COMA FOR (6) DAYS IN SNEAD, FLORIDA AND SUFFERING ADDITIONAL DAMAGE AND INJURY AS SHOWN IN HIS FULL MEDICAL AND MENTAL HEALTH RECORD

5

IN THE POSSESSION OF THE WALTON COUNTY SHERIFFS DEPARTMENT MEDICAL DEPARTMENT.

3. IN ADDITION JOHN LYONS EMPLOYED BY THE W.C.S.O. AS THE KITCHEN SUPERVISOR ON OR ABOUT MARCH ▇ 2024 STATED TO PLAINTIFF IN A DEROGATORY MANNER... (FOLLOWING HIS INSULT THAT THE PLAINTIFF SWEEPS THE FLOOR IN THE SAME SPOT BEING MENTAL).. ▇ "THE PLAINTIFF NEEDS MENTAL HEALTH" IN PLAINTIFFS BEST WORDS.

4. THE PLAINTIFF HAS RECENTLY FILED MOTION TO SHOW CAUSE (EXHIBIT (C) ● IN ▇ FIRST DISTRICT COURT OF APPEAL TALLAHASSEE, FLORIDA FDCA NO. 1D2024-0914 ▇ IN REGARDS TO THE PLAINTIFFS BIOLOGICAL FATHER COMMITTING ALLEGED SUICIDE (EXHIBIT D) DURING A MENTAL HEALTH CRISIS IN THE ▇ FLORIDA DEPARTMENT OF CORRECTIONS AND FDCA NO. 1D2024-0734 IN REGARDS TO F.S.A. 501.▇2041 IN FULL SUPPORT OF ▇ ATTORNEY GENERAL ASHLEY MOODY IN (MOODY V NETCHOICE LLC 144 S. CT 993 ) AND F.S.A. 501.2041 ENDORSER HON. GOVERNOR RON DESANTIS. (EXHIBIT ● E)

5. THE PLAINTIFF NOTES TO THE COURT THE UNITED STATES MARINE CORPS, WARDENS, SHERIFFS, AND CAPTAINS IN (3) DIFFERENT STATES TRAINED THE PLAINTIFF AS AN ELITE FLOOR CONDITIONER STRESSING IF YOUR FLOORS ARE NOT SOUND AT THE HIGHEST LEVEL ● YOUR FACILITY AND/OR AGENCY IS IN BAD ● SHAPE.

6. THE PLAINTIFF HAS ENTERED A 1983 COMPLAINT IN THE U.S. COURT M.D. ALABAMA N.D, CASE NO 2:24-CV-136-RAH-CSC HYDE V. SGT KEVIN WISE WITH THE HONORABLE MAGISTRATE CHARLES COODY ENTERING ORDER DIRECTING THE DEFENDANT TO PROVIDE ANSWER TO THE PLAINTIFFS CLAIMS... SPECIFICALLY DIRECTING THE DEFENDANT TO PROVIDE ALL MEDICAL AND MENTAL HEALTH RECORDS IN THE DEFENDANTS POSSESSION, IN REGARD TO THE PLAINTIFF, TO THE COURT FOR REVIEW.

7. ▇ SHERIFF MICHAEL A. ADKINSON JR HAS OVER 1000 PAGES OF THE PLAINTIFF'S MEDICAL AND MENTAL HEALTH RECORD FROM 2017- TO PRESENT DATE IN HIS POSSESSION. THE PLAINTIFF ENCOURAGES THE COURT TO ORDER ▇ SHERIFF MICHAEL A ADKINSON JR. TO PROVIDE TO ▇ THIS COURT AS THE JACKSON COUNTY HOSPITAL ▇ SNEAD, FLORIDA MEDICAL RECORD (70 PAGES) REFLECTING PLAINTIFFS 6 DAY COMA (PARAGRAPH 2) IS ▇ IN RECORD ASWELL AS THE PLAINTIFFS BLOOD ▇ PRESSURE/VITALS IN REGARDS TO CONTINUAL UNCONSTITUTIONAL CONFINEMENT IN ▇▇▇▇ SOLITARY ▇▇ CELL FROM JANUARY 10 2022 TO MAY 2, 2023 ▇▇ IN RETALIATION FOR ▇▇▇ PLAINTIFF

EXERCISING HIS RIGHT TO ACCESS COURTS AND ADDITIONAL FIRST AMENDMENT RIGHTS. (SEE: HYDE V ADKINSON 2022 WL 3647261.... CASE NO. ███ 3:22 CV4904-LC-HTC)

### CLAIM ONE

8. ███ SHERIFF MICHAEL A ADKINSON JR VIOLATED USCA CONST. AMEND XIV ███ DUE PROCESS BY FAILING TO ███████ PROTECT THE PLAINTIFFS LIFE FOLLOWING THE SHERIFF'S RECEIPT OF THE PLAINTIFF'S ███ JULY 13 2023 EMAILED COMPLAINT OUTLINING CYBERSECURITY VULNERABILITIES (SEE: CARR V. TATANGELO 338 F. 3d 1259 SUBSTANTIVE DUE PROCESS GUARANTEE PROTECTS AGAINST GOVERNMENT POWER ARBITRARILY AND OPPRESSIVELY EXERCISED, AND COGNIZABLE LEVEL OF EXECUTIVE ABUSE OF POWER IS THAT WHICH SHOCKS THE CONSCIENCE) RESULTING IN BODILY INJURY INCURRED BY PLAINTIFF.

### CLAIM TWO

9. IN VIOLATION OF F.S.A. 30.15 (J) ███ SHERIFF ███ MICHAEL A. ADKINSON JR FAILED TO ███ RENDER AID TO THE PLAINTIFF FOLLOWING THE SHERIFFS RECEIPT OF THE PLAINTIFF'S JULY 13, 2023 EMAILED COMPLAINT OUTLINING CYBERSECURITY VULNERABILITIES (SEE: MASSEY V. CHARLOTTE COUNTY 842 So. 2d 142... CITES.... "TO DETERMINE WHAT PROCESS IS CONSTITUTIONALLY REQUIRED, AT LEAST THREE FACTORS ARE RELEVANT...

8

(1) PRIVATE INTEREST THAT WILL BE AFFECTED BY OFFICIAL ACTION (2) RISK ███ OF ERRONEOUS DEPRIVATION OF SUCH INTEREST THROUGH PROCEDURES USED AND PROBABLE VALUE, IF ANY, OF ADDITIONAL OR SUBSTITUTE SAFEGUARDS (3) GOVERNMENT'S INTERESTS, INCLUDING FUNCTION INVOLVED AND FISCAL AND ADMINISTRATIVE BURDENS THAT ADDITIONAL OR SUBSTITUTE PROCEDURAL REQUIREMENTS WOULD ENTAIL.) (SEE: U.S.CA. CONST. AMEND 14) RESULTING IN BODILY INJURY INCURRED BY THE PLAINTIFF.

### CLAIM THREE

10. SHERIFF MICHAEL A. ROKINSON, JR. ███ VIOLATED THE ███ PLAINTIFF'S ███ EIGHTH AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT BY UNCONSTITUTIONALLY ███ CONFINING THE PLAINTIFF IN SOLITARY CONFINEMENT AS A RESULT OF THE PLAINTIFF EXERSING HIS 1st AMENDMENT RIGHT TO ACCESS COURTS AND FREE SPEECH ███ AT DIFFERENT PERIODS FROM JANUARY 10, 2022 TO MAY 2, 2023 WITH THE SHERIFF HOLDING SUPERVISORY LIABILITY. (SEE: TAYLOR V. ADAMS 221 F.3d 1254... CITES.... "CONDUCT BY PUBLIC OFFICIALS SUFFICIENTLY SERIOUS TO CONSTITUTE A CRUEL AND UNUSUAL DEPRIVATION") DENYING

9

THE PLAINTIFF LEGAL ACCESS TO THE LAW LIBRARY WHILE IN CONFINEMENT AT ▇ DIFFERENT PERIODS OF TIME. RESULTING IN LIBERAL FILING IN ▇ (HYDE V ▇ SHERIFF ▇ 2022 WL 3648621 CASE NO. 3.22CV4904-CC-HTC)(▇▇▇ HYDE V NEW MEXICO 2023 WL 2244938 CASE NO. 1:22-CV-00130-KWR-LF)(HYDE V TOM S. WHITEHEAD INC 2022 WL ▇1468325 CASE NO. A-22-CV-252-RP-SH)(SEE: MYRICK V. FULTON COUNTY GEORGIA 69 F. 4th 1277... ▇)

## CLAIM FOUR

11. JOHN LYONS VIOLATED THE PLAINTIFF'S RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT ▇ BY STATING ▇▇▇ IN A DEROGATORY MANNER THE PLAINTIFF NEEDS MENTAL HELP. (SEE: GRAHAM V FLORIDA 130 S. CT. 2011... CITES... "TO DETERMINE WHETHER A PUNISHMENT IS CRUEL AND UNUSUAL, IN VIOLATION OF THE EIGHTH AMENDMENT, COURTS MUST LOOK ▇ BEYOND HISTORICAL CONCEPTIONS TO THE EVOLVING STANDARDS OF DECENCY THAT MARK THE PROGRESS OF A MATURING SOCIETY. U.S.C.A. CONST. AMEND. 8)

## RELIEF

12. THE PLAINTIFF SEEKS PUNITIVE DAMAGES TO BE DETERMINED BY THIS HONORABLE COURT AND ALL ███ PLAINTIFF COURT COST AND FEES TO BE ASSESSED ON THE DEFENDANTS.

**VI.   STATEMENT OF CLAIMS:**

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

(SEE ATTACHED)

**VII.   RELIEF REQUESTED:**

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

(SEE ATTACHED)

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

MAY 18, 2024
(Date)

_____ M. _____
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 18th day of MAY, 2024.

_____ M. _____
(Signature of Plaintiff)

Revised 03/07

12

Trystin M. Line
Walton Co. Jail
1425 Sheriff Circle
Defuniak Springs, FL 32433

U.S. Court N.D. FL.PD
1 N. Palafox Street
Pensacola, FL 32502

MAILED FROM A COUNTY CORRECTIONAL FACILITY

LEGAL MAIL

FIRST-CLASS



US POSTAGE
$004.03
MAY 21 20
ZIP 32433
02 7H
0006169531